Decided May 1, 1997

STATE OF CONNECTICUT *v.* ORION JONES

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 476 (AC 15591), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

901

*Neal Cone,* assistant public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided May 1, 1997